UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Traci Proctor

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -MJ-   3110   ( ) ( )

Defendant _____Traci Proctor_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or ___ teleconferencing:

__X_    Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


_/s/ Traci Proctor (by Jennifer R. Louis-Jeune)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

____/s/ Jennifer R. Louis_jeune_____
Defendant's Counsel's Signature

__Traci Proctor_____
Print Defendant's Name

_____Jennifer R. Louis-Jeune_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_March 25, 2021_____
Date

___Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge